# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MARK BURCHARD, | CASE NO. 17cv1780-WQH-WVG |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; J.P. MORGAN CHASE, N.A.; and DOES 1 through 45, inclusive, | |
| Defendants. | |

HAYES, Judge:

On November 20, 2017, the Court issued an order granting unopposed motions to dismiss filed by Defendants JP Morgan Chase Bank, N.A., Mortgage Electronic Registrations Systems, Inc., and Quality Loan Service Corporation. (ECF No. 7). The Order stated in part:

> The Complaint is dismissed without prejudice. Plaintiff shall file any motion for leave to file an amended complaint pursuant to Local Civil Rule 7.1 and within thirty (30) days of the date this Order is issued. If Plaintiff does not file any motion for leave to amend within thirty days, the Clerk of Court shall close the case.

The record reflects that Plaintiff has failed to file any motion for leave to file an amended complaint. Pursuant to the November 20, 2017 Order, the Clerk of Court is directed to close this case.

DATED: December 26, 2017

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

- 1 -