

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Mark Burchard

          **Plaintiff,**

V.

Quality Loan Service Corporation;
Mortgage Electronic Registration
Systems, Inc.; JP Morgan Chase Bank,
N.A.; DOES 1 through 45, inclusive

          **Defendant.**

**Civil Action No.** 17-cv-1780-WQH-WVG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff has failed to file any motion for leave to file an amended complaint. Pursuant to the November 20, 2017 Order, the Clerk of Court is directed to close this case.

Date: 12/26/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
          J. Gutierrez, Deputy